UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMMA ROCK, as Executrix of the Estate of Isabel Shick, on behalf of herself and all others similarly situated,<br><br>*Plaintiffs,*<br><br>-vs-<br><br>GREENSPOON MARDER, LLP; and JOHN DOES 1-25,<br><br>*Defendants.* | Civil Case No.: 2:20-cv-03522 JVM-JBC |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on November 10, 2021, at 11:30 a.m. [ECF No. 39] or as soon thereafter as counsel may be heard, Plaintiff KIMMA ROCK, as Executrix of the Estate of Isabel Shick, on behalf of herself and all others similarly situated, and Defendant GREENSPOON MARDER, LLP(collectively referred to herein as "the Parties") will move this Court before the Honorable James B. Clark, III, USMJ, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse 50 Walnut Street, Newark, NJ 07102, for entry of an Order certifying this case to proceed as a class action for settlement purposes and granting final approval of the Parties' class settlement agreement.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(d), the Parties rely upon the enclosed Brief and Certification of Joseph K. Jones, Esq.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), the Parties include a proposed form of Order.

Dated:  New York, New York
        October 29, 2021

/s *Joseph K. Jones*  
Joseph K. Jones, Esq.  
Jones, Wolf & Kapasi, LLC  
375 Passaic Avenue, Suite 100  
Fairfield, New Jersey 07004  
(973) 227-5900 telephone  
(973) 244-0019 facsimile  
jkj@legaljones.com  
*Attorneys for Plaintiff*

/s/ *Matthew Rapkowski*  
Matthew Rapkowski, Esq.  
Greenspoon Marder LLP  
590 Madison Avenue, Suite 1800  
New York, NY  10022  
*Attorneys for Defendant*